UNITED STATES DISTRICT COURT FOR
THE
DISTRICT OF COLUMBIA

**DERRICK B. TARTT**

          PLAINTIFF,

    V.

**UNITED STATES OF AMERICA et. al.**

          DEFENDANT

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

JUDGE:

Motion for relief to file Disc Radio Frequency Implant without Consent

Disc of Radio Frequency emission coming from plaintiff body. Placed illegally by U.S.A

Derrick B Tartt

RECEIVED
JUN 03 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia