UNITED STATES DISTRICT COURT FOR
THE
DISTRICT OF COLUMBIA

**DERRICK B. TARTT**

   **PLAINTIFF,**

   **V.**

**UNITED STATES OF AMERICA et. al.**

   **DEFENDANT**

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

**Motion to ~~Waive~~ Filing Fees** *Reimbursement*

Plaintiff, Derrick B. Tartt, files this motion to waive court cost and fees. According to USERRA 4323 (h)(1) "No fees or court cost may be charged or taxed against any person claiming rights under this chapter."

Therefore, request court to issue order waiving court cost and fees. / *Reimbursement*

Respectfully,

Derrick B. Tartt, pro se
1714 NW 192nd St.
Miami Gardens, FL 33056

**RECEIVED**
JUN 0 3 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia