**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DERRICK B. TARTT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *ET AL.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:19-CV-01615-TJK <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Defendant *Michael Brohman's Uncontested Motion For Extension Of Time To Respond To The Complaint*, and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2019, hereby:

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that Defendant Michael Brohman's response to the Complaint be filed on or before August 4, 2019.

Judge Timothy J. Kelly