UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF: *Derrick B. Tartt*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT: *U.S.A et al*

**RECEIVED**

JUN 2 1 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt*, hereby declare that on the *9* day of *June*, 20 *19*, I mailed a copy of the summons and complaint, certified mail return receipt requested, to *Phil Williams*. Attached hereto is the certified green card acknowledging service.

STAPLE GREEN CARD HERE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Melissa Bernard*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*MELISSA BERNARD*  6/3/19 |
| 1. Article Addressed to:<br>*Phil Williams /Brohan*<br>*-17 30'*<br>*20 L. elm/h St*<br>*Chicago IL 60603* | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4818 9032 8426 16 | 3. Service Type  ☐ Priority Mail Express®<br>☐ Adult Signature  ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail®  ☐ Return Receipt for Merchandise<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer<br>7018 1130 0001 1492 1326 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tartt*

VS.

DEFENDANT   *U.S.A et al*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt*, hereby declare that on the

*3* day of *June*, 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Vyvonnie Bridgeforth*. Attached hereto is the

certified green card acknowledging service.

STAPLE GREEN CARD HERE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Veronica Vincent*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>VERONICA VINCENT 6/6/19 |
| 1. Article Addressed to:<br>*W. Bridgeforth*<br>*114 Madison Ct Apt 2*<br>*Oak Park IL 60302* | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br>*104-B MADISON*<br>*OAK PARK, FL* |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4818 9032 8432 62 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1130 0001 1492 1661 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF *Derrick B. Tarft*

Case: 1:19–cv–01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F–DECK)

VS.

DEFENDANT *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tarft* , hereby declare that on the

_9_ day of _June_ , 20 _19_ , I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Bruce Crowther* . Attached hereto is the

certified green card acknowledging service.

STAPLE GREEN CARD HERE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Bruce Crowther*
*Kramer Law Ofc*
*134 N Washington 8*
*Naperville IL 60540*

9590 9402 4818 9032 8495 47

2. Article Number (Transfer from service label)

7018 1130 0001 1492 1067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Nicole Amato* | C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NAPERVILLE IL 60540
JUN -7 2019

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Taitt*

VS.

DEFENDANT   *U.S.A et al*

Case: 1:19–cv–01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F–DECK)

### AFFIDAVIT OF SERVICE

I,  *Derrick B. Taitt*  , hereby declare that on the

__3__ day of __June__ , 20 _19_ , I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Sheldo* . Attached hereto is the
                                                            *Nagelberg*

certified green card acknowledging service.

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF  *Derrick B. Taitt*

          Case: 1:19-cv-01615   JURY DEMAND
          Assigned To : Kelly, Timothy J.
vs.            Assign. Date : 6/3/2019
          Description: PRO SE GEN CIV (F-DECK)

DEFENDANT  *U.S.A et al*

### AFFIDAVIT OF SERVICE

I, *Derrick B. Taitt* , hereby declare that on the
_9_ day of _June_ , 20_19_, I mailed a copy of the summons and
complaint, certified mail return receipt requested, to *Steven Herrick* Attached hereto is the
certified green card acknowledging service.

STAPLE GREEN CARD HERE.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Steven Herrick Hr Gen*
*501 W Broadway*
*San Diego CA*
*92101*

9590 9402 4818 9032 8427 77

7018 1130 0001 1492 1517

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)  *T. Valdez*  C. Date of Delivery *6/6/18*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tartt*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

VS.

DEFENDANT   *U.S.A et al*

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt*, hereby declare that on the

*3* day of *June*, 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *JoAnne Bruzeul*. Attached hereto is the

certified green card acknowledging service.

### STAPLE GREEN CARD HERE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*JoAnne Bruzeul*
*120 8 Hek N*  *nt fl*
*Chicago, Il 60603*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4818 9032 8431 18

118  1130  0001  1491  5660

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *2*                          ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
*E. JUAREZ*                        *6/7/19*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick R. Tartt*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

VS.

DEFENDANT   *U.S.A et al*

### AFFIDAVIT OF SERVICE

I, *Derrick R. Tartt*, hereby declare that on the

*3* day of *June*, 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *David Carr*. Attached hereto is the

certified green card acknowledging service.

STAPLE GREEN CARD HERE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*D. Carr / Sudheim
One S. Wacker Dr.
Chicago IL
60606*

9590 9402 4818 9032 8430 26

2. *018 1130 0001 1492 1739*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jerry Sanders*    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*Jeremy Sanders*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tarft*

vs.

DEFENDANT   *U.S.A et al*

Case: 1:19–cv–01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F–DECK)

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tarft* , hereby declare that on the

___3___ day of _____June_____, 20_15_, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *David Carr* . Attached hereto is the

certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    *Brian Sundham*
    *H 360*
    *One S. wacker Dr*
    *Chicago IL 60606*

9590 9402 4818 9032 8433 16

Article Number (Transfer from service label)
7018 1130 0001 1492 1715

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Henry Sandra*     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
*Henry Sandra*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF  *Derrick R. Taift*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT  *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Taift* , hereby declare that on the

*3* day of *June* , 20 *15*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Trevor DeSilva* . Attached hereto is the

certified green card acknowledging service.

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tait*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT   *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tait*, hereby declare that on the
*9* day of *June*, 20 *19*, I mailed a copy of the summons and
complaint, certified mail return receipt requested, to *Cynthia Valahu*. Attached hereto is the
certified green card acknowledging service.

---

**GREEN CARD HERE**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*C. Valahu / Brehman*
*apt. 3 U*
*20 S. Clark st.*
*Chicago IL 60603*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4818 9032 8428 52

7018 1130 0001 1492 1623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Melissa Bernard*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
*MELISSA BERNARD*
C. Date of Delivery
*6/3/19*

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF    *Derrick R. Taift*

                                    Case: 1:19–cv–01615   JURY DEMAND
                                      Assigned To : Kelly, Timothy J.

vs.                                  Assign. Date : 6/3/2019
                                    Description: PRO SE GEN CIV (F–DECK)

DEFENDANT    *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Taift* , hereby declare that on the

*2* day of *June* , 20 *19* , I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Mona her Auctions* Attached hereto is the

*Auctineer* certified green card acknowledging service.

## STAPLE GREEN CARD HERE



SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*N. Auctinono / Brohman
14300
20 S. clark st
Chicago ZL 60603*

9590 9402 4818 9032 8426 47

2. Article Number *(Transfer from service label)*

7018 1130 0001 1492 1364

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *Melissa Bernard*   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
*Melissa Bernard*   *6/3/19*

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

RECEIVED Mail Room
JUN 21 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tartt*

vs.

DEFENDANT   *U.S.A et al*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt* , hereby declare that on the

*3* day of *June* , 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Julie Jones* . Attached hereto is the

certified green card acknowledging service.

## STAPLE GREEN CARD HERE

the person
laint.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*J. Jones BRochman*
*20 S. Clark St 360*
*ito*
*chicago IL 60603*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4818 9032 8428 69

2. Article Number (Transfer from service label)

7018 1130 0001 1492 1630

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Melissa Bernard*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
*Melissa Bernard*   6/13/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt


RECEIVED
Mail Room
JUN 2 1 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of C...

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF    *Derrick R. Tarft*

Case: 1:19–cv–01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F–DECK)

vs.

DEFENDANT    *U.S.A et al*

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tarft* , hereby declare that on the

*3* day of *June* , 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *NW Community* Attached hereto is the

*Heathcare*

certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>Print your name and address on the reverse<br>so that we can return the card to you.<br>Attach this card to the back of the mailpiece,<br>or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| Article Addressed to:<br>*NW Community Healthcare*<br>*800 W Central Rd*<br>*Arlington Hts IL*<br>*60005* | B. Received by (Printed Name)<br>*Vncentave* | C. Date of Delivery<br>*6/7/19* |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4818 9032 8439 89 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express<br>☐ Registered Mail™<br>☐ Registered Mail Re<br>Delivery<br>☐ Return Receipt for<br>Merchandise |
| Article Number (Transfer from service label)<br>7018 1130 0001 1492 1227 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation<br>Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF  *Derrick B. Tait*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT  *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tait*, hereby declare that on the

*9* day of *June*, 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Lisa Madigan*. Attached hereto is the

*IL AG*

certified green card acknowledging service.

_____



PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tartt*

Case: 1:19–cv–01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F–DECK)

vs.

DEFENDANT   *U.S.A et al*

### AFFIDAVIT OF SERVICE

I,   *Derrick B. Tartt*   , hereby declare that on the

*2* day of *June* , 20 *19* , I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *T. Fenton* . Attached hereto is the

certified green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse<br>   so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece,<br>   or on the front if space permits. | A. Signature<br>X   ☐ Agent   ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br>*T. Fenton   IPF PR<br>Dept.H<br>100 w Randolph St<br>Chicago IL 60601* | RECEIVED<br>D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>JUN 10 2019<br>Office Of The Attorney General<br>Office Services |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4818 9032 8425 24 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted<br>   Delivery<br>☐ Return Receipt for<br>   Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation<br>   Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 1130 0001 1492 1234 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Tarft*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

VS.

DEFENDANT   *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tarft*, hereby declare that on the

*3* day of *June*, 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *IL Dept Human Rights*. Attached hereto is the

certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    □ Agent<br>     □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>*IDHR*<br>*100 W. Randolph*<br>*Chicago IL 60301* | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>RECEIVED<br>JUN 10 2019<br>Office of General |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4818 9032 8427 22 | 3. Service Type<br>□ Adult Signature    □ Priority Mail Express®<br>□ Adult Signature Restricted Delivery   □ Registered Mail™<br>□ Certified Mail®    □ Registered Mail Restricted Delivery<br>□ Certified Mail Restricted Delivery   □ Return Receipt for Merchandise<br>□ Collect on Delivery    □ Signature Confirmation™<br>□ Collect on Delivery Restricted Delivery   □ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1130 0001 1492 1463 | □ Insured Mail<br>□ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF  *Derrick B. Tartt*

VS.

DEFENDANT  *U.S.A et al*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

### AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt* , hereby declare that on the

*3* day of *June* , 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *Il Dept of Insurance* . Attached hereto is the

certified green card acknowledging service.

STAPLE GREEN CARD HERE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Il Dept Insurance*
*100 W Randolph Rd*
*Chicago IL 606*

9590 9402 4818 9032 8427 15

2. Article Number (Transfer from service label)
7018 1130 0001 1492 1456

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

JUN 1 0 2019

Office Of The Attorney General
Office Services

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   _Derrick B. Taift_

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT   _U.S.A et al_

## AFFIDAVIT OF SERVICE

I,   _Derrick B. Taift_   , hereby declare that on the

_3_ day of _June_ , 20 _19_ , I mailed a copy of the summons and

complaint, certified mail return receipt requested, to _Joy Stewart Stewart_ . Attached hereto is the

certified green card acknowledging service.

_[signature]_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   _J Stewart JDFPR 12th fl
   100 W Randolph St
   Chicago IL 60603_

9590 9402 4818 9032 8427 84

2. Article Number (Transfer from service label)

   7018 1130 0001 1492 1524

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED

JUN 10 2019

Office Of The Attorney General
Office Services

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF *Derrick B. Taitt*

vs.

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

DEFENDANT *U.S.A et al*

### AFFIDAVIT OF SERVICE

I, *Derrick B. Taitt* , hereby declare that on the

*9* day of *June* , 20 *19*, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *James Bennett*. Attached hereto is the

certified green card acknowledging service.

### STAPLE GREEN CARD HERE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*James Bennett*
*IDHR*
*100 w Randolph St*
*Chicago IL 60600*

9590 9402 4818 9032 8492 71

.18  1130  0001  1492  1111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Dept. of Human Rights
X                                    □ Agent
INTAKE UNIT            □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

JUN 06 2019

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

**RECEIVED**

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF   *Derrick B. Taitt*

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

VS.

DEFENDANT   *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Taitt*, hereby declare that on the
*9* day of *June*, 20 *15*, I mailed a copy of the summons and
complaint, certified mail return receipt requested, to *IL Dept Financial
& Professional Reg*. Attached hereto is the
certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*IL Dept F & P Reg
12th Fl
100 W Randolph
Chicago IL 606__*

9590 9402 4818 9032 8428 45

7018 1130 0001 1492 1609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

JUN 12

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF  *Derrick B. Tartt*

          Case: 1:19-cv-01615   JURY DEMAND
          Assigned To : Kelly, Timothy J.
vs.           Assign. Date : 6/3/2019
          Description: PRO SE GEN CIV (F-DECK)

DEFENDANT  *U.S.A et al*

## AFFIDAVIT OF SERVICE

I, *Derrick B. Tartt*, hereby declare that on the

_2_ day of _June_, 20_15_, I mailed a copy of the summons and

complaint, certified mail return receipt requested, to *A. Forester*. Attached hereto is the

certified green card acknowledging service.

STAPLE GREEN CARD HERE

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X     ☐ Agent  ☐ Addressee <br> B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: <br> *A. Forester 1 DEPR* <br> *12 FL A1* <br> *100 W Randolph St* <br> *Chicago IL 60603* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br> RECEIVED <br> JUN 10 2019 <br> Office Of The Attorney General <br> Office Services |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 4818 9032 8492 40 | 3. Service Type <br> ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☐ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery    ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☐ Return Receipt for Merchandise |
| 018 1130 0000 | |
| PS Form 381 | |

RECEIVED <br> JUN 2 1 2019 <br> Angela D. Caesar, Clerk of Court <br> U.S. District Court, District of Columbia <br> RECEIVED <br> Mail Room

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McDermott Will Emery

ste 44U

227 W Monroe St

Chicago IL 60601

9590 9402 4818 9032 8425 31

2. Article Number (Transfer from service label)

7018 1130 0001 1492 1241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

6/7/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. Bertolie / Brohman
ste 300
20 C. Clark St
Chicago IL 60603

9590 9402 4818 9032 8428 14

2. Article Number (Transfer from service label)

7018 1130 0001 1492 1579

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Melissa Pena_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Melissa Reward   6/13/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

This Express Pak is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®
UPS Worldwide Expedited℠

Apply shipping documents on this

UPS Ground
UPS Standard
UPS 3 Day Select℠

Do not use this Express Pak for:

ıely Urgent

-PICK-UPS® (1-800-742-5877) or visit UPS.com®

DERRICK B TARTT
(773) 425-6036
THE UPS STORE #5800
19821 NW 2ND AVE
MIAMI GARDENS  FL 33169-3341

2.0 LBS       PAK 1 OF
SHP WT: 2 LBS
DATE: 19 JUN 2019

SHIP   CLER OF THE COURT
TO:  E BARRETT PRETTYMAN
     333 CONSTITUTION AVE NW

WASHINGTON  DC 20001-2004

MD 201 9-58

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z 6AT 840 13 4118 8930

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #1: BM PROCESSED

ISH 13.00N ZZP 450 12.5U 04/2019

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of Limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and
customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration
Regulations. Diversion contrary to law is prohibited.
KR0319

010195104   09/03 PAC   United Parcel Service, Louisvi"

ıst-Consumer Content

ipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating
Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology
re exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.