UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF: Derrick B. Taitt

Case: 1:19-cv-01615   JURY DEMAND
Assigned To : Kelly, Timothy J.
Assign. Date : 6/3/2019
Description: PRO SE GEN CIV (F-DECK)

vs.

DEFENDANT: U.S.A et al

## AFFIDAVIT OF SERVICE

I, Derrick B. Taitt, hereby declare that on the 3 day of June, 20 19, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Eric Dreiband. Attached hereto is the certified green card acknowledging service.

_____

STAPLE GREEN CARD HERE



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Eric Dreiband
950 Pennsylvania Ave NW
Washington DC
20530

9590 9402 4818 9032 8439 27

7018 1130 0001 1492 1173

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

RECEIVED Mail Room JUL -2 2019
Angela D. Caesar, Clerk of Court, District of Columbia