**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DERRICK B. TARTT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:19-cv-01615-TJK |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Elizabeth A. Hutson as counsel for Defendant David Pivnick in the above-referenced matter. Leonard J. Marsico of McGuireWoods, LLP will remain as counsel for Defendant David Pivnick in this matter.

                                                         Respectfully submitted,

                                                         */s/ Elizabeth A. Hutson*
                                                         Elizabeth A. Hutson (D.C. Bar No. 1024845)
                                                          McGuireWoods LLP
                                                          2001 K Street. N.W. Suite 400
                                                          Washington, DC 20006
                                                          Ph: 202-857-1700
                                                          Fax: 202-857-1737
                                                          ehutson@mcguirewoods.com

                                                          *Counsel for David Pivnick*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, a true and correct copy of the foregoing was served upon all parties or counsel of record via this Court's CM/ECF system and hard copies were mailed, postage pre-paid to:

>Derrick B. Tartt
>1714 NW 192nd Street
>Miami Gardens, Florida 33056
>*Pro se Plaintiff*

>*/s/ Elizabeth A. Hutson*
>Elizabeth A. Hutson, D.C. Bar No. 1024845